JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-186-RSL |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE |
| v. | |
| DION VINCENT HOOKS, | |
| Defendant. | |

Based on the unopposed motion of the defendant to continue the trial date and extend the due date for pretrial motions, the Court incorporates by references the facts set forth in the motion and concludes as follows:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from September 26, 2016, to January 17, 2017. The resulting period of delay from September 26, 2016, through January 17, 2017, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*U.S. v. Dion V. Hooks;* CR16-186-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1. Pretrial motions are due no later than December 15, 2016.

DONE this 17th day of August, 2016.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Russell V. Leonard*
Assistant Federal Public Defender
Attorney for Dion Vincent Hooks

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*U.S. v. Dion V. Hooks;* CR16-186-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**