The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DION VINCENT HOOKS, <br><br> Defendant. | NO. CR16-186-RSL <br><br> ORDER |

THE COURT, having heard and considered the United States of America's motion to unseal certain defense sentencing exhibits (Dkt. # 88), and the defendant's response thereto (Dkt. # 91), hereby:

ORDERS that the motion is DENIED as moot.

DATED this 30th day of June, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

*United States v. Hooks*, CR16-186-RSL - 1